WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry Miel,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Maricopa County Sheriff, et al.,<br><br>　　　　　　Defendants. | No.  CV 13-2125-PHX-RCB (MHB)<br><br>**ORDER FOR PAYMENT**<br>**OF REMAINING BALANCE OF**<br>**INMATE FILING FEE** |

**TO: THE DIRECTOR OF THE FEDERAL CORRECTIONAL INSTITUTION-PHOENIX**

Plaintiff Terry Miel, inmate #79831-308, who is confined in the Federal Correctional Institution-Phoenix, has been assessed the statutory filing fee of $350.00 for this action.  *See* 28 U.S.C. § 1915(b)(1).  An Order (Doc. 6) to collect the filing fee was previously issued to the Maricopa County Sheriff.  Plaintiff, who has since been transferred to the custody of the Federal Bureau of Prisons, still owes the Court $350.00.[1]  Therefore, the Director or his/her designee will be required to incrementally collect the $350.00 balance of the fee from Plaintiff's inmate trust account and forward payments to the Clerk of Court.

. . . .

. . . .

---

[1] Plaintiff did not file a notice of change of address, as instructed by the Court, but on January 16, 2014, Plaintiff filed a First Amended Complaint which listed his new address at FCI-Phoenix and inmate number 79831-308.

**IT IS ORDERED:**

(1) The Director of the Federal Correctional Institution-Phoenix or his/her designee must collect the $350.00 balance of the filing fee from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. Payment must be forwarded to the Clerk of Court each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

(2) The Director of the Federal Correctional Institution-Phoenix or his/her designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than the Federal Bureau of Prisons, so new billing arrangements may be made to collect any outstanding balance.

(3) The Clerk of Court must serve by mail a copy of this Order on the Director of the Federal Correctional Institution-Phoenix, 37900 North 45th Avenue, Phoenix, Arizona, 85086.

(4) The Clerk of Court must forward a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court.

DATED this 6th day of March, 2014.

Robert C. Broomfield
Senior United States District Judge